UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| WALTER MOISES PINEDA FUENTES,<br><br>Petitioner,<br><br>v.<br><br>WARDEN,<br><br>Respondent. | CAUSE NO. 3:26-CV-1391-CCB-SJF |

**ORDER**

The court previously granted the petition for a writ of habeas corpus under 28 U.S.C. § 2241 and ordered the Warden to immediately release the petitioner. (ECF 8.) The Warden has notified the court that the petitioner was released from custody on October 9, 2026. (ECF 9.) Therefore, the court **DIRECTS** the clerk to enter judgment consistent with the court's order and to close this case.

SO ORDERED on October 14, 2026.

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT